## INTERSTATE NAT. BANK OF NEW YORK v. NEWTON NAT. BANK.

(Circuit Court of Appeals, Eighth Circuit. February 23, 1895.)

No. 503.

In Error to the Circuit Court of the United States for the District of Kansas.

M. A. Reed and J. G. Slonecker, for plaintiff in error.
C. S. Bowman and Charles Bucher, for defendant in error.

Before CALDWELL, SANBORN, and THAYER, Circuit Judges.

THAYER, Circuit Judge. This case was submitted under an agreement of counsel that it should abide the decision in the case of State Nat. Bank of St. Joseph, Mo., v. Newton Nat. Bank, 66 Fed. 691; the facts, pleadings, and record in both cases being practically the same. In accordance with said stipulation, the judgment of the circuit court is affirmed.